UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
LARRY W. O'CONNOR,                  )
                                    )   No. C06-554RSL
            Plaintiff,              )
      v.                            )
                                    )   ORDER TO SHOW CAUSE
UNITED STATES OF AMERICA,           )
                                    )
            Defendant.              )
_____)

This matter comes before the Court *sua sponte*. On October 18, 2006, the Court stayed this action pending the resolution of a separate action in the United States District Court for the Northern District of California. See Dkt. #10 (Order Granting Motion to Stay the Case). On October 18, 2006, the Court also removed this action from the Court's active caseload and ordered the parties, within 14 days of a final order of the case in the Northern District of California, to file a joint status report with the Court. See Dkt. #11 (Order Removing Case from Active Caseload). On February 14, 2008, the government filed its status report contending that "pursuant to a settlement agreement entered into between the government and the plaintiff, judgment was entered against the plaintiff and in favor of the United States" and attached a copy of the judgment. See Dkt. #13 (United States' Status Report). In its status report, the government also contends that the judgment entered in the Northern District of California action "settled the liabilities at issue in this lawsuit." Id. at 2.

ORDER TO SHOW CAUSE

1 | Given the government's representation that the liabilities at issue in this case have been
2 | settled, coupled with the fact that plaintiff has not provided the Court with a status report as
3 | required by the Court's October 18, 2006 order (Dkt. #11), plaintiff is hereby ORDERED TO
4 | SHOW CAUSE within **thirty (30) days** of the date of this order, why his complaint should not
5 | be dismissed. The Clerk of Court is directed to place this order to show cause on the Court's
6 | calendar for Friday, April 4, 2008.

DATED this 25th day of February, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE                -2-